No. 80–205. Toso *v.* City of Santa Barbara. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–206. Teague *v.* City of St. Louis, Missouri. C. A. 8th Cir. Certiorari denied.

No. 80–210. Armstrong *v.* Maple Leaf Apartments, Ltd., et al. C. A. 10th Cir. Certiorari denied.

No. 80–212. Mize et al. *v.* Securities and Exchange Commission. C. A. 5th Cir. Certiorari denied.

No. 80–216. Kaufman *v.* New Jersey. Super. Ct. N. J. Certiorari denied.

No. 80–217. Howell *v.* Thomas, Sheriff. C. A. 5th Cir. Certiorari denied.

No. 80–220. Unidentified Remains of a Vessel *v.* Platoro Ltd., Inc. C. A. 5th Cir. Certiorari denied.

No. 80–225. Love *v.* South Carolina. Sup. Ct. S. C. Certiorari denied.

No. 80–229. Sellers et al. *v.* Rupert et al. Ct. App. N. Y. Certiorari denied.

No. 80–5033. Palmigiano *v.* Houle. C. A. 1st Cir. Certiorari denied.

No. 80–5043. Harvey *v.* Sims. Ct. App. Ga. Certiorari denied.